UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **RANDA B.,** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|       v. | ) 1:19-cv-00543-JDL |
| | ) |
| **ANDREW M. SAUL,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
|   Defendant. | ) |

### ORDER ACCEPTING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

Plaintiff Randa B. seeks judicial review of the Social Security Administration Commissioner's final decision determining that she is not disabled and denying her application for disability insurance benefits (ECF No. 1). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2020) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge John H. Rich III held a hearing on the Plaintiff's Statement of Errors (ECF No. 12) on June 17, 2020 (ECF No. 16). The Magistrate Judge filed his Recommended Decision with the Court on October 16, 2020 (ECF No. 17), recommending that the Court affirm the Commissioner's decision. The Plaintiff filed an Objection to the Recommended Decision on October 30, 2020 (ECF No. 18). The Commissioner filed a Response to the Plaintiff's Objection on November 13, 2020 (ECF No. 19).

After reviewing and considering the Magistrate Judge's Recommended Decision, together with the entire record, I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with

the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 17) of the Magistrate Judge is hereby **ACCEPTED**, and the Commissioner's decision is **AFFIRMED**.

SO ORDERED.

Dated this 29th day of December, 2020.

                                                  /s/ Jon D. Levy
                                      **CHIEF U.S. DISTRICT JUDGE**